IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RONALD L. COX and REBECCA P. COX, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) )   CIVIL ACTION NO. )   1:17-cv-03047-AT |
| SMITH & NEPHEW, INC., | ) ) |
| Defendant. | ) ) ) |

## JOINT MOTION TO STAY DISCOVERY

Defendant Smith & Nephew, Inc. ("S&N") and Plaintiffs Ronald L. Cox and Rebecca P. Cox ("Plaintiffs"), by counsel, hereby file this Joint Motion to Stay Discovery. The parties timely conducted a discovery conference on October 23, 2017. As reflected at Section 8 of the Joint Preliminary Report and Discovery Plan, the parties have agreed to explore the possibility of an early settlement. Plaintiffs have already voluntarily produced to S&N certain medical records and a HIPPA authorization. The parties believe that by engaging in good faith settlement negotiations they may avoid the expense and inconvenience of litigation. Accordingly, the parties jointly request that commencement of discovery,

including Initial Disclosures, be stayed for 60 days from this date, during which time the parties intend to engage in settlement discussions.  Should such efforts prove productive and additional time appear necessary to facilitate negotiations, the parties will so advise the Court and may request an extension of the stay, for good cause.  Attached hereto for the Court's consideration as Exhibit A is a Proposed Order Staying Discovery.

[Signatures appear on the following page.]

Respectfully submitted, this 6th day of November 2017.

/s/ Derek K. Burch
Derek K. Burch*
Oklahoma Bar No. 13004
derekburch@burch-george.com
DeeAnn L. Germany*
Oklahoma Bar No. 17750
deeanngermany@burch-george.com
BURCH, GEORGE & GERMANY, P.C.
Suite 1500
204 North Robinson Avenue
Oklahoma City, Oklahoma 73102
Telephone:  405.239.7711
Facsimile:   405.239.7795

(*Admitted Pro Hac Vice)


Bradford W. Thomas

Georgia Bar No. 704680
brad@frg-law.com
FRIED ROGERS GOLDBERG LLC
Three Alliance Center, Suite 1500
3550 Lenox Road, N.E.
Atlanta, Georgia 30326-4302
Telephone:  404.591.1800


R. Paul Hart
Georgia Bar No. 333694
paul@kmtrial.com
Jeremy S. McKenzie
Georgia Bar No. 435566
jeremy@kmtrial.com

/s/ Matthew J. Calvert
Matthew J. Calvert
Georgia Bar No. 105340
mcalvert@hunton.com
Andrew S. Koelz
Georgia Bar No. 208399
akoelz@hunton.com
HUNTON & WILLIAMS LLP
Bank of America Plaza, Suite 4100
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2216
Telephone:  404-888-4000
Facsimile:   404-888-4190


David W. O'Quinn*
Louisiana Bar No. 18366
doquinn@irwinllc.com
Douglas J. Moore*
Louisiana Bar No. 27706
dmoore@irwinllc.com
IRWIN FRITCHIE URQUHART & MOORE LLC
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Telephone:  504.310.2111
Facsimile:   504.310.2101

(*Admitted Pro Hac Vice)

**Counsel for Defendant Smith & Nephew, Inc.**

K<small>ARSMAN</small>, M<small>C</small>K<small>ENZIE</small> & H<small>ART</small>
21 West Park Avenue
Savannah, Georgia 31401
Telephone:  912-335-4977
Facsimile:   912-388-2503


Charles C. Weddle, III*
Oklahoma Bar No. 18869
charles@whiteandweddle.com
Joe E. White, Jr.*
Oklahoma Bar No. 12930
joe@whiteandweddle.com
W<small>HITE</small> & W<small>EDDLE</small>, P.C.
630 N.E. 63rd Street
Oklahoma City, Oklahoma 73105
Telephone:  405.858.8899
Facsimile:   405.858.8844

(*Admitted Pro Hac Vice)

**Counsel for Plaintiffs Ronald L. Cox and Rebecca P. Cox**

## **CERTIFICATE OF COMPLIANCE PURSUANT TO L.R. 7.1D, NDGa.**

The undersigned counsel hereby certifies that the foregoing has been prepared using one of the font and point selections approved in LR 5.1, NDGa.

This 6th day of November 2017.

/s/ Matthew J. Calvert
Matthew J. Calvert
Georgia Bar No. 105340

## CERTIFICATE OF SERVICE

I certify that I have this day electronically filed the foregoing **JOINT MOTION TO STAY DISCOVERY** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following counsel of record:

Ronald Paul Hart, III
paul@kmtrial.com and
paul@hart3.com
Jeremy S. McKenzie
jeremy@kmtrial.com
KARSMAN, MCKENZIE & HART
21 West Park Avenue
Savannah, Georgia 31401

Bradford W. Thomas
brad@frg-law.com
FRIED ROGERS GOLDBERG LLC
Three Alliance Center, Suite 1500
3550 Lenox Road, N.E.
Atlanta, Georgia 30326-4302

Charles C. Weddle, III
charles@whiteandweddle.com
Joe E. White, Jr.
joe@whiteandweddle.com
WHITE & WEDDLE, P.C.
630 N.E. 63rd Street
Oklahoma City, Oklahoma 73105

Derek K. Burch
derekburch@burch-george.com
DeeAnn L. Germany
deeanngermany@burch-george.com
BURCH, GEORGE & GERMANY, P.C.
Suite 1500
204 North Robinson Avenue
Oklahoma City, Oklahoma 73102

This 6th day of November 2017.

/s/ Matthew J. Calvert
Matthew J. Calvert
Georgia Bar No. 105340